UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Walter Monagan,<br><br>  Plaintiff,<br><br>v.<br><br>Spring Oaks Capital, LLC; and Transunion, LLC,<br><br>  Defendants. | Case No. 1:24-cv-01329-WMR-JCF |

## NOTICE OF DISMISSAL OF ENTIRE CASE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that all Defendants may be dismissed without prejudice, with the parties to bear their own fees and costs.

Dated: April 4, 2024

            */s/ Esther Oise*
            Esther Oise, Esq. (GA Bar #686342)
            Oise Law Group PC
            2635 Governors Walk Blvd.
            Snellville, GA 30078
            Email: oiselaw@gmail.com
            Telephone: (770) 895-3736
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*